IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:25-CV-00719-GNS

*Electronically Filed*

ALLIANT PURCHASING, LLC                                                    PLAINTIFF

vs.

PREMIER, INC., PREMIER
HEALTHCARE ALLIANCE, L.P.,
NON-HEALTHCARE HOLDINGS, LLC,
and OMNIA PARTNERS, LLC                                                    DEFENDANTS

## RULE 7.1(a) COMBINED DISCLOSURE STATEMENT

This Federal Rule of Civil Procedure 7.1(a) Combined Disclosure Statement is filed on

behalf of Alliant Purchasing, LLC ("Alliant") and complies with the provisions of Rules 7.1(a)(1)

and 7.1(a)(2).

**Rule 7.1(a)(1) Statement.** Alliant states that it has no parent corporation and does not issue

stock.

**Rule 7.1(a)(2) Statement.** Alliant states that it is a limited liability company organized

under the laws of the Commonwealth of Kentucky and identifies the following individuals and

entities whose citizenship are attributed to it[1]:

Doug Hasler, an individual citizen of the State of Indiana
Bob Ellis, an individual citizen of the State of Indiana
Brad Minor, an individual citizen of the State of Indiana
Kurt Beier, an individual citizen of the State of Indiana
JT Loughmiller, an individual citizen of the State of Indiana
Eric Jaske, an individual citizen of the State of Indiana
Mike Fleetwood, an individual citizen of the State of Indiana
Sara Jacobi, an individual citizen of the State of Indiana
Jim Suttner, an individual citizen of the State of Indiana

---

[1] As a limited liability company, the citizenship of Alliant's members are attributed to it. *Akno 1010 Mkt. St. St. Louis Mo. LLC v. Pourtaghi*, 43 F.4th 624, 626 (6th Cir. 2022). Alliant's only member is Alliant Holding, LLC, whose members are identified herein.

Shannon Borden, an individual citizen of the State of Indiana
Eric Bennett, an individual citizen of the State of Indiana
Kam McQuay, an individual citizen of the State of Indiana
Jeff Reed, an individual citizen of the State of Indiana
Steve Jones, an individual citizen of the State of Indiana
Angie Zirkelbach, an individual citizen of the State of Indiana
Scott Treida, an individual citizen of the State of Indiana
Alex Fritz, an individual citizen of the State of Indiana
Alan Parks, an individual citizen of the State of Indiana
Michael Alessandrini, an individual citizen of the State of Indiana
Sally Cleveland, an individual citizen of the State of Indiana
Ed Abel, an individual citizen of the State of Indiana
Bill Rees, an individual citizen of the State of Indiana
Allen Norvell, an individual citizen of the Commonwealth of Kentucky
Paul Johnston, an individual citizen of the Commonwealth of Kentucky
John Copeland, an individual citizen of the Commonwealth of Kentucky
Jennifer Milosewski, an individual citizen of the Commonwealth of Kentucky
Stephen Mann, an individual citizen of the Commonwealth of Kentucky
Mike Stigler, an individual citizen of the Commonwealth of Kentucky
Dale Skaggs, an individual citizen of the Commonwealth of Kentucky
Dan Rice, an individual citizen of the Commonwealth of Kentucky
Todd Schivone, an individual citizen of the Commonwealth of Kentucky
Greg Mullins, an individual citizen of the Commonwealth of Kentucky
Kent Pleasants, an individual citizen of the Commonwealth of Kentucky
Michael Combs, an individual citizen of the State of Ohio
Robert Findley, an individual citizen of the State of Ohio
Brad Shaw, an individual citizen of the State of Ohio
Larry King, an individual citizen of the State of Ohio
Chris Mahler, an individual citizen of the State of Ohio
Steve Sheridan, an individual citizen of the State of Ohio

Respectfully submitted,

*/s/ Grahmn N. Morgan*
Grahmn N. Morgan
Seth T. Church
Lexie J. Elder
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com
lexie.elder@dinsmore.com
*Counsel for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that, on November 7, 2025, the foregoing was electronically filed with the Court's e-filing system, which will send notification to all counsel of record.