UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLIANT PURCHASING, LLC, )
)
    Plaintiff, )    Civil Action No. 3:25-CV-719-CHB
)
v. )
)
PREMIER INC., *et al.* )    **MEMORANDUM AND ORDER**
)    **FOLLOWING TELEPHONIC**
    Defendants. )    **STATUS CONFERENCE**
)

\*\*\*   \*\*\*   \*\*\*   \*\*\*

A telephonic status conference was held in this matter on November 13, 2025, before the

Honorable Claria Horn Boom, United States District Judge. The Court official reporter was Rebecca

Boyd, and the following counsel was in attendance:

> For Plaintiff Alliant Purchasing LLC:
> Alexa Elder,
> Grahmn N. Morgan, and
> Seth T. Church.
>
> For Defendants Premier Inc. and Premier Healthcare Alliance, L.P.:
> Harrison Carpenter,
> Kent Wicker,
> Ryan D. Konstanzer, and
> Kayla Campbell.
>
> For Defendants Non-Healthcare Holdings, LLC, and Omnia Partners, LLC:
> Jeremiah A. Byrne.

The Court and the parties discussed the pending Motion for Temporary Restraining Order and

Preliminary Injunction, [R. 7], filed by the plaintiff. Based on the discussions held, and the Court being

otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion to Provisionally Seal, [**R. 5**], is **GRANTED**. The unredacted Verified

Complaint, [**R. 6**], and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction,

[**R. 7**], **SHALL remain sealed**.

2. The briefing scheduling previously ordered by the Court, [**R. 16**], is **REMANDED**.

3.  The parties **SHALL** confer and file a joint status report **by no later than noon (12:00 p.m.) on Tuesday, November 18, 2025**. The status report **SHALL** advise of the following: whether the parties have reached a standstill agreement that moots the pending request for a temporary restraining order; whether the parties desire a preliminary injunction hearing and, if so, three potential hearing dates and a proposed briefing schedule; the estimated length of such a hearing; whether the parties request limited discovery prior to the hearing, and if so, the timeframe for such discovery.

This the 13th day of November, 2025.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record


Time in Court: 00/37
Court Reporter: Rebecca Boyd