UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:25-cv-00719-CHB
*Electronically Filed*

ALLIANT PURCHASING, LLC                                           PLAINTIFF

V.

PREMIER, INC., PREMIER
HEALTHCARE ALLIANCE, L.P.,
NON-HEALTHCARE HOLDINGS, LLC,
And OMNIA PARTNERS, LLC                                           DEFENDANT

## NOTICE TO TAKE VIDEO DEPOSITION

Plaintiff, Alliant Purchasing, LLC ("Alliant"), by counsel, will take the video deposition of Craig McKasson on January 12, 2026, at 9:00 PST at a mutually agreeable location. The deposition will be recorded by stenographic and video means, shall continue day to day until completed, and will be used for purposes permitted under the Federal Rules of Civil Procedure. A Zoom link will be provided separately by email for counsel attending remotely.

Respectfully submitted,

/s/ Grahmn N. Morgan
Grahmn N. Morgan
Seth T. Church
Lexie J. Elder
DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com
lexie.elder@dinsmore.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that, on December 5, 2025, the foregoing was electronically filed with the Court's e-filing system, which will send notification to all counsel of record.

/s/ Grahmn N. Morgan
*Counsel for Alliant Purchasing, LLC*

2