UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLIANT PURCHASING, LLC,  )
                          )
          Plaintiff,      )        Civil Action No. 3:25-CV-719-CHB
                          )
v.                        )
                          )
PREMIER INC., et al.      )        **ORDER**
                          )
          Defendants.     )

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the parties' Joint Motion to Alter or Amend Agreed Status Quo Order. [R. 50]. In their motion, the parties ask the Court to amend the deadlines set out in the Court's Order Granting Agreed Status Quo Order, [R. 26], so that the parties may engage in mediation prior to resolution of the pending request for preliminary injunction.

Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.  The parties' Joint Motion to Alter or Amend Agreed Status Quo Order, [**R. 50**], is **GRANTED**.

2.  All deadlines set forth in the Order Granting Agreed Status Quo Order are **STAYED** pending further order of the Court. *See* [R. 26, ¶¶ 8, 9, 11, 12, 13]. The parties **SHALL** continue to comply with all other provisions of that Order.

3.  The hearing scheduled for March 18, 2026 is **REMANDED** from the Court's calendar. *See* [R. 26, ¶ 10].

4.  The parties **SHALL** mediate on or before **March 20, 2026**, and **SHALL** conduct a pre-mediation meeting of principals and lawyers.

5. The parties **SHALL** meet and confer regarding potential mediators. On or before **January 23, 2026**, the parties **SHALL** file a joint status report indicating that an agreement has been reached on a mediator or that the parties are unable to agree on a mediator. In the event the parties are unable to agree, the joint status report will so indicate and provide names of two mediators proposed by Plaintiff and two mediators proposed by Defendants jointly. The Court will select the mediator from those proposals and inform the parties of its selection on or before **February 4, 2026**.

6. The provisions of Local Rule 16.2 shall apply to the mediation.

7. The parties **SHALL** file a joint status report advising of the status of mediation on or before **March 25, 2026**, or within five (5) days of the completion of mediation, whichever occurs first. Should mediation prove unsuccessful, the parties **SHALL** include in their joint status report a proposed scheduling order addressing the deadlines and hearing dates outlined in the Order Granting Agreed Status Quo Order. [R. 26, ¶¶ 8, 9, 10, 11, 12, 13].

This the 29th day of December, 2025.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record

- 2 -