UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLIANT PURCHASING, LLC,            )
                                   )
        Plaintiff,                 )        Civil Action No. 3:25-CV-719-CHB
                                   )
v.                                 )
                                   )
PREMIER INC., *et al.*             )        **ORDER**
                                   )
        Defendants.                )

*** *** *** ***

This matter is before the Court on the parties' Joint Status Report. [R. 57]. The parties report that mediation was unsuccessful and they propose various dates and deadlines for resolution of the pending request for a preliminary injunction. *Id.* Accordingly, and the Court being otherwise sufficentley advised, **IT IS HEREBY ORDERED** as follows:

1. The stay in this matter is **LIFTED**.

2. The parties **SHALL** respond to any written discovery requests previously propounded in this action on or before **May 15, 2026**, unless granted an extension by the party serving such discovery or the Court. All depositions shall be completed by **July 13, 2026**.

3. With respect to Plaintiff's request for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff may file a supplement to its motion for preliminary injunction based on information obtained in discovery by **July 22, 2026**. Defendants shall file a response, if any, to that motion on or before **August 3, 2026**. Plaintiff shall file a reply, if any, in support of its motion on or before **August 7, 2026**. No additional or other filings, including sur- replies, will be permitted, unless good cause is shown.

4. On or before **August 14, 2026**, the parties **SHALL** meet and confer regarding the availability of counse and anticipated witnesses for a hearing on the motion for a preliminary

- 2 -

injunction and **SHALL** file a joint status report advising of three potential hearing dates. The Court will then schedule the matter for hearing and set prehearing deadlines for the filing of witness and exhibit lists and other necessary filings.

This the 13th day of May, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record