IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:25-CV-00719-CHB
*Electronically Filed*

ALLIANT PURCHASING, LLC                                              PLAINTIFF

vs.

PREMIER, INC., PREMIER
HEALTHCARE ALLIANCE, L.P.,
NON-HEALTHCARE HOLDINGS, LLC,
and OMNIA PARTNERS, LLC                                            DEFENDANTS

## JOINT MOTION TO STAY OR ABATE

Plaintiff, Alliant Purchasing, LLC, and Defendants, Premier, Inc., Premier Healthcare Alliance, L.P., Non-Healthcare Holdings, LLC, and Omnia Partners, LLC, by counsel, hereby move the Court to stay or abate this action for a period of ninety (90) days. Following the unsuccessful mediation on April 15, 2026, the parties have re-engaged in settlement discussions that all parties believe may be productive and resolve this matter, the other matter pending before this Court, and the pending arbitration. To facilitate these discussions, the parties jointly request that the status quo order (ECF Nos. 26, 51) continue to remain in place during this period and thereafter until the Court rules on the Alliant's motion for a preliminary injunction. The parties further request all currently scheduled deadlines be continued for a period of up to ninety (90) days, unless any party otherwise provides notice to the Court that their settlement discussions have been unsuccessful and discontinued.

The parties appreciate the Court's indulgence thus far in providing the parties an opportunity to resolve their differences without compromising their litigation positions.

*/s/ Jeremiah A. Byrne (with permission)*
Jeremiah A. Byrne
William B. Decker III
400 W. Market St., 32nd Floor
Louisville, KY 40202
jbyrne@fbtlaw.com
wdecker@fbtlaw.com
*Counsel for Defendants, Non-Healthcare Holdings, LLC and Omnia Partners, LLC*


*/s/ Harrison S. Carpenter (with permission)*
Harrison S. Carpenter (pro hac vice forthcoming)
Ryan D. Konstanzer (pro hac vice forthcoming)
McDermott Will & Schulte LLP
The Brandywine Building
100 N. West Street, Suite 1400
Wilmington, DE 19801
hcarpenter@mwe.com
rkonstanzer@mwe.com


-and-

Kent Wicker
Wicker Brammell PLLC
Louisville, KY 40202
kent@wickerbrammell.com
*Counsel for Defendants, Premier, Inc. and Premier Healthcare Alliance, L.P.*

*/s/ Grahmn N. Morgan*
Grahmn N. Morgan
Seth T. Church
Lexie J. Elder
Dinsmore & Shohl LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1099
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com
lexie.elder@dinsmore.com
*Counsel for Plaintiff, Alliant Purchasing, LLC*

2