UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLIANT PURCHASING, LLC,            )
                                    )
        Plaintiff,                  )        Civil Action No. 3:25-CV-719-CHB
                                    )
v.                                  )
                                    )        **ORDER GRANTING JOINT MOTION**
PREMIER INC., *et al.*              )            **TO STAY OR ABATE**
                                    )
        Defendants.                 )

***    ***    ***    ***

This matter is before the Court on the parties' Joint Motion to Stay or Abate, [R. 59]. The parties request that the Court stay or abate this action for a period of ninety (90) days because they have "re-engaged in settlement discussions that all parties believe may be productive and resolve this matter, the other matter pending before the Court, and the pending arbitration." *Id.* at 1. The parties also request that the Status Quo Orders, [R. 26; R. 51], remain in effect until the Court rules on Plaintiff's Motion for Preliminary Injunction. *Id*. Accordingly, and the Court being otherwise sufficentley advised, **IT IS HEREBY ORDERED** as follows:

1. The the parties' Joint Motion to Stay or Abate, [**R. 59**], is **GRANTED**.

2. This matter, including all deadlines, are **STAYED** pending further order of the Court.

3. The parties **SHALL** file a Joint Status Report advising of the status of settlement discussions **by no later than Monday, August 17, 2026**, or within **five (5) days** the completion of any settlement negotiations, whichever occurs first.

4. The Agreed Status Quo Orders, [R. 26; R. 51], **SHALL** remain in effect while the parties are in settlement negotiations.

This the 20th day of May, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record