**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| ALLIANT PURCHASING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:25-CV-00719-CHB |
| | ) |
| OMNIA PARTNERS, LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

Pursuant to LR 83.6(b) Defendants Non-Healthcare Holdings, LLC and OMNIA Partners, LLC ("Defendants"), by counsel, hereby notify the parties and this Court of the withdrawal as counsel of record of William B. Decker, III of FBT Gibbons LLP on Defendants' behalf. Mr. Decker will be leaving the law firm of FBT Gibbons LLP. Defendants will continue to be represented in this action by attorneys Jeremiah A. Byrne and J. Kendrick Wells, IV of the law firm FBT Gibbons LLP, who hereby certify that the Defendants Non-Healthcare Holdings, LLC and OMNIA Partners, LLC have been notified of Mr. Decker's withdrawal as counsel.

Please remove Mr. Decker from all case notifications and service lists.

2

Respectfully submitted,

FBT GIBBONS LLP

*/s/ Jeremiah A. Byrne*
Jeremiah A. Byrne
J. Kendrick Wells, IV
William B. Decker, III
400 W. Market St., 32nd Floor
Louisville, KY  40202
(502) 589-5400
(502) 581-1087
jbyrne@fbtgibbons.com
kwells@fbtgibbons.com
wdecker@fbtgibbons.com
*Counsel for Defendants Non-Healthcare Holdings, LLC and OMNIA Partners, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve notice on all parties registered to receive notice in this case, and that a true and correct copy of the foregoing was served this 21st day of May 2026 by electronic mail to the following:

Grahmn N. Morgan
Seth T. Church
Lexie J. Elder
Dinsmore & Shohl LLP
100 W. Main St., Suite 900
Lexington, KY  40507
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com
lexie.elder@dinsmore.com
*Counsel for Plaintiff*

Kent Wicker
Rick Adams
Wicker Brammell PLLC
323 W. Main St.
11th Floor
Louisville, KY  40202
kent@wickerbrammell.com
rick@wickerbrammell.com
kayla@wickerbrammell.com
*Counsel for Defendant, Premier, Inc.*

Harrison S. Carpenter
Ryan Konstanzer
McDermott Will & Emery LLP
1000 N. West St., Suite 1400
Wilmington, DE  19801
hcarpenter@mwe.com
rkonstanzer@mwe.com
mcrosalesdelprado@mwe.com
mdelabarre@mwe.com
clmarshall@mwe.com
*Counsel for Defendant, Premier, Inc.*

*/s/ Jeremiah A. Byrne*
*Counsel for Defendants Non-Healthcare Holdings, LLC and OMNIA Partners, LLC*

0159667.0799327   4897-6178-0142v1

3