UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ALLIANT PURCHASING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:25-CV-719-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PREMIER INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court on the parties' Joint Status Report, [R. 62]. The parties request "the Court extend the current stay for an additional fourteen days to allow the parties sufficient time to continue their settlement efforts." *Id.* at 1.

Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The Agreed Status Quo Orders, [R. 26; R. 51], **SHALL** remain in effect while the parties are in settlement negotiations.
2. The parties **SHALL** file a Joint Status Report advising the status of settlement discussions **<u>by no later than Monday, August 31, 2026</u>**, or within **five (5) days** the completion of any settlement negotiations, whichever occurs first.

This the 20th day of August, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record