IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:25-CV-00719-CHB
***Electronically Filed***

ALLIANT PURCHASING, LLC PLAINTIFF

vs.

PREMIER, INC., PREMIER
HEALTHCARE ALLIANCE, L.P.,
NON-HEALTHCARE HOLDINGS, LLC,
and OMNIA PARTNERS, LLC DEFENDANTS

# JOINT STATUS REPORT

Plaintiff Alliant Purchasing, LLC, and Defendants Premier, Inc., Premier Healthcare Alliance, L.P., Non-Healthcare Holdings, LLC, and Omnia Partners, LLC, by counsel and pursuant to the Court's August 20, 2026, order (ECF No. 63), report that the parties remain actively engaged in multistep settlement efforts. The parties jointly request that the Court extend the current stay for an additional ninety (90) days until November 30, 2026, to give the parties time to conduct any necessary due diligence and finalize their settlement efforts; provided, however, that any party may at any time provide notice to the Court that settlement discussions have been unsuccessful and discontinued at which time the parties agree that the stay should be lifted. The parties agree that the Status Quo Orders (ECF Nos. 26, 51) shall remain in place during this period and, if settlement is not reached, thereafter until the Court issues a ruling on Plaintiff's pending Motion for Preliminary Injunction.

*/s/ Jeremiah A. Byrne (with permission)*
Jeremiah A. Byrne
400 W. Market St., 32nd Floor
Louisville, KY 40202
jbyrne@fbtlaw.com
*Counsel for Defendants, Non-Healthcare Holdings, LLC and Omnia Partners, LLC*

*/s/ Harrison S. Carpenter (with permission)*
Harrison S. Carpenter (pro hac vice)
Ryan D. Konstanzer (pro hac vice)
McDermott Will & Schulte LLP
The Brandywine Building
100 N. West Street, Suite 1400
Wilmington, DE 19801
hcarpenter@mcdermottlaw.com
rkonstanzer@mcdermottlaw.com

-and-

Kent Wicker
Wicker Brammell PLLC
Louisville, KY 40202
kent@wickerbrammell.com
*Counsel for Defendants, Premier, Inc. and Premier Healthcare Alliance, L.P.*

*/s/ Grahmn N. Morgan*
Grahmn N. Morgan
Seth T. Church
Lexie J. Elder
Dinsmore & Shohl LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1099
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com
lexie.elder@dinsmore.com
*Counsel for Plaintiff, Alliant Purchasing, LLC*